*The State of Illinois* v. *John Delafield.* S. DUTCHER, for complainants; J. HOWE, for defendant.

Motion for leave to prosecute bond given for costs on an appeal to court of errors, denied with costs.

*In the matter of William Ganse, a lunatic.* E. A. BUTTOLPH, Solicitor.

Application for extra allowances to solicitor, beyond the $50 allowed by the rule, granted to the amount of $22,13.

*Hiram Gardner, admi'r, &c.* v. *Hamilton White and others.* A. C. BRADLEY, for complainant; L. F. BOWEN, and O. L. BARBOUR, for defendant White. Decree of the vice chancellor affirmed with costs.

*The People ex relat. Frederick F. Backus* v. *Lyman A. Spalding.* A. GARDNER, for the relator; R. HAIGHT, for the defendant.

Motion to dismiss appeal denied, with $8 costs.

*William H. Lorton et al* v. *Samuel Seaman et al.* A. THOMPSON, for complainants; H. F. CLARK, for defendants.

Costs when to be personally demanded.

The chancellor decided, in this case, that in order to bring a party into contempt for disobeying an order of the court, for the payment of interlocutory costs, &c., it is necessary, under the provisions of the revised statutes, (2 *R. S.* 535, § 4,) that a demand of such costs should be made of the *party himself,* and that it is not sufficient to demand them of his solicitor.

Motion for precept to compel payment of costs denied; but without costs.